**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Darrell Fair # B-32994

RECEIVED BAA

MAY 15 2015
May 15 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

15cv4361
Judge Gary Feinerman
Magistrate Judge Michael T. Mason
PC1

vs.

Anna McBee,

Michael Lemke,

Major McGarvey,

Billie W. Greer,

S. A. Godinez &

Bobby Mattison

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X       COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**  **Plaintiff(s):**

A.  Name: Darrell Fair # B-32994

B.  List all aliases: (None) i.e., Don't have any.

C.  Prisoner identification number: B-32994

D.  Place of present confinement: Stateville Correctional Ctr.

E.  Address: 16830 So Rt 53, Crest Hill, IL 60403 (P.O Box 112)

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Anna McBee

Title: Grievance Officer, i.e., Counselor II

Place of Employment: Stateville Corr. Center

B.  Defendant: Michael Lemke

Title: Warden

Place of Employment: Stateville Corr. Center

C.  Defendant: Major McGarvey

Title: Major

Place of Employment: Stateville Corr. Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

II. Defendants:

D. Defendant: <u>S. A. Godinez</u>
Title: <u>Director of IDOC</u>
Place of Employment <u>Springfield
Illinois 62794</u>

E. Defendant: <u>Billie W. Greer</u>
Title: <u>ARB Grievance Officer</u>
Place of Employment <u>IL. Dept. of Corr.
Springfield, Illinois 62794</u>

F. Defendant: <u>Bobby Mattison</u>
Title <u>Stateville's Barber
Instructor</u>
Place of Employment <u>IL. Dept.
of Corr. Springfield IL. 62794</u>

2 (a)

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _None_

B. Approximate date of filing lawsuit: _Don't Apply_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _None_

D. List all defendants: _None_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Don't Apply_

F. Name of judge to whom case was assigned: _Don't Apply_

G. Basic claim made: _None_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _None_

I. Approximate date of disposition: _Don't Apply._

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 14th 2013, I/Plaintiff was assigned as a barber/Cell House Help in Stateville's Segregation Unit, i.e., F-House. On this date in questioned, I/Plaintiff was told by Major McGarvey to assist an inmate in taking his Personal Property from Cell 314 to 121. That said inmate was being Subjected to Administration Detention for violating rules. i.e., said inmate was Not restrained, i.e. hand Cuffed. Upon reaching Cell 121, said inmate attacked Me/Plaintiff. Upon Defending Myself, via Fighting said inmate, We Were both Subsequently hand Cuffed. However, I/Plaintiff was later Uncuffed and was informed to keep the incident in-house via Major McGarvey "Words". Pursuant to Supra altercation, NO

4

disciplinary report was written. See Grievance dated June 7th 2013 & Counselor's response attached.

As a result of the altercation between said inmate, I/Plaintiff was severely injured. Wherein, I/Plaintiff didn't obtain proper medical attention.

When said inmate was placed in cell F-121, said inmate attacked the inmate that was therein cell F-121.

That following day, May 15, 2013, when I/Plaintiff reported to work, i.e. in F-House, I was informed per Major that I was to immediately report back to my living unit. That I Plaintiff was subjected to a few days off.

On May 16th 2013, I/Plaintiff was informed by D-House Staff (my living unit) that F-House Staff called them and told them to inform me/Plaintiff that I was fired from my assignment as F-House worker.

On May 17th 2013, I diligently requested to get medical assistant, however, to no avail once again.

On May 21st 2013, I/Plaintiff obtained a letter from the Counselor stating that I wasn't fired from my job assignment, that I had been, reassigned to another job assignment, (See attached exhibit E).

On May 25th 2013 made another request to obtain medical attention. See exhibit D attached hereto.

4(a)

On May 31st 2013, I/Plaintiff was subjected to X-rays as a result of said injuries as herein stated.

Also on this date in questioned, May 31st 2013, I/Plaintiff was informed by Mr Bass, Stateville's Counselor, placement officer, etc, that I'd been reassigned as a barber. Nevertheless the barber instructor i.e., Mr B. Mattison stopped My assignment as a barber Pursuant to his form of some type of retaliation that enhanced from a Prior incident on the topic of Plaintiff's Monthly Payments. See exhibit C from Counselor Jefferson.

## FIRST CLAIM

Subsequent to the supra colloquies, Plaintiff has been denied Proper Medical attention, as he's still enduring pain in his Shoulder as a direct result of the altercation of May 14th 2013. Furthermore, Plaintiff has Not been tender to him Proper Due Process as a result of being terminated from his Job assignment, i.e., Knowingly he don't have a Constitutional Right to a Job assignment, however he does has a Constitutional Right to Due Process once he (has a Job assignment.) Hence, Plaintiff is being denied Serious Medical Needs as a direct actions and/or inactions to defendants Deliberate Indifference to Same.

Moreover, Plaintiff's is Maintaining a

(4 b)

a Policy, Procedure, or Practice of in-tentionally delaying care to this Plain-tiff.

## SECOND CLAIM

Retaliation: By Major McGarvey and/or B. Mattison. As the Major "LIED" con-sistent with stating that there were NO altercation between the Plaintiff or the individual in questioned, i.e, See attached Exhibit Number

As Per the altercation on said date as herein. Mentioned, it enhanced Plain-tiff's dismissal from it's Job assignment albeit, if that individual, i.e, inmate Howard # R-65048, Would have been Properly restrained by F-House Staff, Plain-tiff Would Never been attacked. By Stateville's Major McGarvey's actions or inactions Per this institutional Policy and Procedures, Plaintiff Never Would have been attacked or terminated from his Job assignment.

B. Mattison alledged to have con-spired with Stateville's administrators by his actions in stoping Plaintiff's Job assionment via as Mentioned herein the attached exhibits.

(4 c)

# EXHAUSTION

Plaintiff has exhausted his administrative remedies in Compliance With the Prison Litigation Reform Act, 42 U.S.C and Section 1997E. See all attached exhibits to Support Same, Coupled With all other Named Defendants per their actions.

Per the herein allegations as stated this Plaintiff respectfully request to this Honorable Court to enter Judgment against the Named Defendants and ANY Future Named defendants For violating Plaintiffs Constitutional rights Under the Eight and Fourteenth Amendment and award the following relief:

a). Equitable relief in the form of an Order forcing defendants to Provide Plaintiff With all necessary follow up care including medication and a follow up visit with a Specialist for an opportunity to have additional examination;

b). Punative damages, and Compensatory damages For Plaintiff's Pain and Suffering in an amount to be determined at Trial, and to Punish and Sanction Defendants unconstitutional conduct;

c). A declaratory judgment that the acts and Practices of defendants violated Plaintiff's Constitutional Rights

d). Appoint Counsel for this Plaintiff and award of cost and reasonable attorney Fees Pursuant to 42 U.S.C. Section 1988. and any other relief this court deems Proper.

(4 d)

**V.**     **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See the Prior Page, Page "4 [" For Plaintiff's relief as Stated.

**VI.**     The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13th day of February, 20 15

X _____

_____
(Signature of plaintiff or plaintiffs)

Darrell Fair
(Print name)

B-32994
(I.D. Number)

P.O Box 112

Joliet, Illinois 60434
(Address)

```
STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF COOK       )
```

## AFFIDAVIT

Now comes, Marvin Hempton, affiant, and after being first duly sworn under oath, depose and states as follows:

1. That I, M. Hempton, is the affiant in this herein affidavit and I'll be under signer of same.

2. That on May 14, 2013, while being housed in Stateville Correctional Center, albeit, in the segregation unit, i.e. F-House, I was in cell 221.

3. That on that date in question, F-House staff put an inmate named Howard # R65048 into the same cell, F-221, I was housed in.

4. That on that same date, i.e., May 14, 2013, inmate Howard # R65048 attacked me as soon as the officer allowed his entrance into the cell. Hence, after the officer left the cell.

5. That directly prior to inmate Howard was put into my cell, he was out on the gallery fighting with another inmate, Darrell Fair (inmate institutional number unknown).

6. That subsequent to that fight between inmate Howard and I, I was issued a disciplinary report for fighting.

/s/ _____

Marvin Hempton

Reg. # R65912

Subscribed to and sworn to before me
on this 29th day of Dec , 2014.

_____
Notary Public

OFFICIAL SEAL
TYNEER N. BUTLER-WINTERS
Notary Public - State of Illinois
My Comm. Expires Jan 20, 2015

P.S. 1 of 3

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/7/13 | Offender: (Please Print) DARRELL FAIR | ID#: B-32994 |
|---|---|---|

| Present Facility: STATEVILE C.C. | Facility where grievance issue occurred: STATEVILE C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): 5/14 while assigned to F-house, I was assaulted by a inmate who was assigned to administrative detention, he should of been in restraints, but was unrestrained by Major McGarvey and told to "help carry this one shit". He was being moved from 314 to 121 I have a witness to this conversation & act. While I was assisting this F-house man I was, I was hit in face, I then restrained inmate until security arrived, we were separated & both cuffed, I was later released from cuffs, due to Major McGarvey negligence in confining inmate in administrative detention, I was told to keep incident in -house & that it never happened, I was-

**Relief Requested:** Re-assigned on registered barber in F-house, hospital on barber shop & for B-matters to desist this practice of calling adjustment committee & placement office to exert this will & influence

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Darrell Fair | B-32994 | 6 / 7 / 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 6/10/13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Contacted The Office of Assitant Warden of Operations. No record/report regarding this incident on 5/14/13 filed as of this date 6/21/13. Inmate has not been reassigned to work.

| Ameenah Waariyu | Gia Weaver | 6/21/13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RECEIVED

---

### EMERGENCY REVIEW

SEP 26 2013

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| _____ | ____/____/____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Printed on Recycled Paper

P.S. 2 pg 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

never given medical attention nor were there any incident or disciplinary reports written. When this same inmate was finally put in cell 121, he attacked the inmate assigned to that cell too.

15 The next day when I reported to work in F-house I was told that Per Major McHarvey, that I was to be sent back to my cell house.

16 I was informed by D-house staff that F-house staff called and said that I'd get a couple days off - and later, F-house called and said that I was fired.

17 I requested medical attention from Sgt. Brampton D-house, he said that he would inform Medical staff, but I was never seen. Per Sgt. Brampton, my work jumpsuit was also confiscated. Later that night, I submitted request for medical assistance.

18 not allowed to attend Detail yard

21 Received letter from Counsler Wardin, saying that Per Boss, I didn't lose my job & that I would be re-assigned ✱SEE EXIBIT E

25 submitted another medical request form ✱SEE EXIBIT D

28 called to hospital for medical attention, also found out that there was an opening in hospital for barber.

31 taken to NRC for X-Ray, also questioned about incident from Ms Foster / on return from NRC, spoke to counsler Boss about re-assignment, hospital or barber shop. Was told that B. Mattison wanted fired hospital barber re-assigned to F-house, and another barber assigned to hospital. I asked about my re-assignment & he said that its up to B-Mattison. I said that B. Mattison is only a barber instructor and not placement. And that he (Mr Boss) said that I'd be re-assigned 5/21 SEE EXIBIT E , and that I should of been re-assigned first. I also mentioned the history of retaliation + diliberate indifference expressed by B. Mattison towards myself.

✱ on two occasions 10/11 5/12 B. Mattison called the adjustment committee to attempt to impede investigation & influence the finding of the board i.e. - he asked that I be found guilty & fired! ✱ I've been underpaid by B. Mattison for 2+ years

14/11 - 5/12 and again from 5/12 - 13/12 ✱ SEE EXIBIT B My pay wasn't corrected until Lt Jestina corrected it after B. Mattison refused. My counsler instructed me to B. Mattison, so I wrote him a letter about my low-pay. he sent word that he would not change pay and for me to not write him again, and for me not to come to his barber shop ✱SEE EXIBIT C

(CONT —)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I went to temp confinement 4/27/12 — 5/9/12. B. Mattison called ADA Johnson and asked that I be fired, when she said that she couldn't, he asked her to keep me in F-House to work, B. Mattison also called F-House Lt. Birkeras and asked him to not allow me to go to my assigned Detail (Hospital Barber) and to just keep me over in F-House to work. So from 5/9/12 to 8/24/12 I was assigned to HCU, but was deliberately kept in F-House - all because of retaliatory, Malicious, deliberate indifferent actions of B. Mattison *SEE EXIBIT A notice date of grievance and date of assignment change, it was changed only after I complained about my pay, Althought my assignment was changed, my pay rate was not corrected until 1/13.

6/3 After returning from night yard, Major McGarvey was duty, Major, and while she was making rounds in D-Wing I asked about my status, she said that I was fired from F-House and that B. Mattison didn't want me in his barber shop. When I said that I didn't do anything wrong, she became angry, and said for me to be quiet, or I'll be fired and in segregation.

* I'm claiming failure to protect by Major McGarvey, disregard of inmate movement in F-House assigned to administrative detention - which resulted in me getting assaulted & injured.
I'm claiming violates of my right to work class and equal protection under the law / I'm claiming no due process, for taking my job & not re-assigning me to open Barber position in hospital or barber shop.
I'm claiming deliberate indifference & undue influence on the part of B. Mattison for all the above listed, and equal protection under law.
I'm requesting that no further retaliation is taken against myself from Major McGarvey, B. Mattison or any other Stateville staff.

* I've always had an excellent work record
* I've never been involved in any gangs or other organizations.

RECEIVED

SEP 26 2013

Office Of Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6/7/13 | Offender: (Please Print) DARREll FAiR | ID#: B32994 |
|---|---|---|
| Present Facility: STATEViLLE C.C. | Facility where grievance issue occurred: STATEViLLE C.C | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____  _____
  Date of Report                                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):** _____

_____

_____

_____

_____

_____

_____

_____

_____

**Relief Requested:** _____

_____

- [ ] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Darrell Fair_                    B32994          6 / 7 / 13
Offender's Signature              ID#              Date

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____          _____
Chief Administrative Officer's Signature          Date

**OFFENDER'S GRIEVANCE**

| Date: 8/20/12 | Offender: (Please Print) DARRell FAIR | | ID#: B-32994 |
|---|---|---|---|
| Present Facility: STATEVILLE C.C. | | Facility where grievance issue occurred: SAME | |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ Disability |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☒ Other (specify): PAY |

☐ Disciplinary Report: ____ / ____ / ____

Date of Report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I was released from seg 5/9/12, on 5/8/12 my ticket was thrown out & expunged, I was not allowed to work in my assigned detail, I was told to work as the new F-race barber. F-race barbers make 45$. But my last 3rd state pay only showed that I am being paid 28$, I was also told that _____ I was still assigned as HCU barber?

I work in F-race - been there for 3 months. I want my pay adjusted accordingly.

**Relief Requested:** To be paid back pay for past 3 months at rate of 45$ a month, the same as other F-race barber Anthony Walsh & Reginald Kelley. Pay grade adjusted 45$

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Darrell Fair | B-32994 | 8, 20, 12 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 9, 28, 12

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** According to the history screen grievant was assigned as HCU barber on 11/28/11 to 4/26/12 then from 4/27/12 to 5/11/12 temp confinement and back to HCU barber 5/16/12 to 8/23/12 and as of 8/24/12 grievant is assigned to F-Hse as barber.

| R Bishop | _____ | 10, 2, 12 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

RE_____D

---

| **EMERGENCY REVIEW** |
|---|

Date Received: ____ / ____ / ____    SEP 2 6 2013

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

**EXiBiT B**

D. FAiR B-32994
D-736
7/12

Mr. Baldwin

Good morning.

I've been assigned to F-raus barber since 5/12. For some reason my pay is 28% but the other barbers pay is 45%. I've been a registered Barber making 45% since 07/08 — my pay was first lowered 11/11 when I was sent to cut hair in the hospital — even though Anthony walsh 4/10 til 10/11 and Marcus Jenkins 2009 til 2/10 both were paid 45%. now I'm in F-raus where Reginald Kelly & Anthony Walsh both make 45% but I'm only paid 28% I feel that I'm being singled out and discriminated against, I feel that someone is retaliating against me by paying me less.

Before I contact legal representation, I'd like to have my pay adjusted and the appropriate amount of back pay. Could you please check into this. This is unfair & impartial treatment which goes against my civil rights. Equal Protection under the law.
                                        Thank you
                                   D. FAiR B32994

EXIBIT - B C

Date: 12/7/12

Name: D. Fair

Number: B32994          Cell: D 736

FYI:

Please direct this issue to your barber
Supervisor

* im not allowed in the barber shop
so I sent Mr B. Mattion a letter, He
sent a verbal response that "NO," he
would not correct my pay, and for
me not to write him again.
I then informed Lt Jenkins abat this, and
he corrected my pay.

From the Desk of

Ms. Z. Jefferson

T/A Correctional Counselor

RECEIVED

SEP 2 6 2013

Office Of Inmate Issu.

## STATEVILLE CORRECTIONAL CENTER
### Offender Sick Call / Medical Services Request

Date Written: _____

Name: D. FAIR          I/M Number: B32994          Housing Unit: D - 736

**Select type of request:**
Medical: X     Dental: _____     Eye: _____     Mental Health: _____     Other (specify): _____

Briefly state your request: 5/14 I had a blow to the left side
of my head since I've been having headaches
a sensitivity to bright lights & feeling nausious
This is my 3rd request
✱ 5/17 Sgt BRAZELTON spoke to med tech clat situation
✱ 5/22 put another request in out call box

---

*For official use only*

Date Received _____     Date Scheduled _____     $2.00 Co-pay _____

Print Staff Name _____          Staff Signature _____

Distribution: HCU
          File

Printed on recycled paper          STA 0202 (Eff 10/15/11)

RECEIVED

SEP 2 6 2013

Office Of Inmate Issues

Ms. Warren

Good morning, we spoke yesterday 5/16 about the incident that unfortunately, was involved in, over at E-house. An inmate assigned to administrative Detention wasn't in cuffs, and I got assaulted — I wasn't given Medical attention, and I was told that I was good. There was no incident report written. Major McBarrey was in charge of the situation. The next day I went from being good to, not being allowed to work, I was sent back to my cell-house per Major Jenne McBarrey. The officers in my cell house stated that at first I was suppose to be off a week? Then it was changed to terminated per Major McBarrey.

When you have rounds in D-house could you stop by, cell 736 so that I can discuss this matter & my rights as an inmate. Thank you!

Sincerely, Yours
Davvo Fair

D. FAIR B-32994

D-736

* TODAY 5/17 C/O SN'S collected my, work uniform per D-house Sgt. orders

5/17

Ms Warren

Counselor D-Nowe

7th gallery

DATE

5/11/15

[illegible]

Ms Warren

Per Boss - You did not Lose Job

7th gallery You will be reassigned

Counselor

D. Nowe

5/17

EXIBIT E

Fair, D B32994

D736

IN THE UNITED STATES District COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Darrell Fair
  B-32994
    PLAINTIFF

VS.

Major Mc Garvey
Et. al Defendants

NO. _____

## NOTICE OF FILING

Please take Notice that on this the 13th Day of February 2015, I, Darrell Fair have Filed the Original and Six Copies of the attached Complaint to the below Name Court. BY Placing Said Said Same in the hands of Prison Officials herein Stateville Correctional Center to be Mailed via First Class Mail

## CERTIFICATE OF SERVICE

TO  Clerk OF THE
    DISTRICT COURT
    Northern District OF IL.
    219 South Dearborn
    Chicago, Illinois 60604

You are hereby Notified that I, Darrell Fair hereby Certify that the true and

Correct Original and Sufficiant Copies of the attached Complain has been Served upon the Clerk of the District Court of the Northern District of Illinois. Same being Sent via the United States Mail from Stateville Correctional Center on this the 13th day of February 2015.

I Darrell Fair declare under Penalth of Perjury that the foregoing is true and Correct.

/s/ Darrell Fair

Darrell Fair
B-32994
P.O Box 112
Joliet, Illinois
60434

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of property is untrue.

_____
Signature of Application

Date __2/11/15__          __DARRELL  FAIR__

_____

.NOTICE TO PRISONERS: A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account-prepared by each institution where you have been in custody during that six- month period—and you must also have the Certificate below completed by an authorized officer at each institution

# CERTIFICATE
## (Incarcerated applicants only)
## (To be completed by the institution of incarceration)

I Certify that the applicant named herein __Fair  Darrell__ I.D __B32994__ the sum

of __21.15__ On account to his/her credit at ( name of institution) __STATEVILLE  CC__

I further certify that the applicant has the following securities to his/her credit __-0-__ . I further

certify that during the past six months the applicant's average monthly deposit was $ __90.48__ .

(add all deposits from all sources and then divide by the number of months) 6

__2/11/2015__          _____
Date                        SIGNATURE OF AUTHORIZED OFFICER

_____
(Print Name)

15cv4361
Judge Gary Feinerman
Magistrate Judge Michael T. Mason
PC1

FILED EAA

MAY 15 2015
May 15 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT