

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRELL W. FAIR (B-32994)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

MAJOR J. McGARVEY
DR OBAISI. S
DR MARTIJA
BOBBY MATTISON
WARDEN HARDY
~~XXXX~~ ~~XXXX~~ Lt Kirt

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

RECEIVED

DEC 3 0 2015 ENG
12-30-15

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 15 C 4361
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**   **AMENDED COMPLAINT**

✱     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: DARRELL W. FAIR

   B. List all aliases: _____

   C. Prisoner identification number: B-32994

   D. Place of present confinement: STATEVILLE C.C.

   E. Address: PO BOX 112 JOLIET ILL 60434

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: MAJOR J. McGARVEY

   Title: MAJOR

   Place of Employment: STATEVILLE C.C.

   B. Defendant: DR OBAISI S.

   Title: MEDICAL DIRECTER STATEVILLE

   Place of Employment: STATEVILLE / WEXFORD

   C. Defendant: DR MARTIJA

   Title: DOCTOR

   Place of Employment: STATEVILLE / WEXFORD

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

II. Defendants:

E. BOBBY MATTISON
   STATEVILLE BARBER INSTRUCTOR
   STATEVILLE

F. WARDEN HARDY
   WARDEN STATEVILLE
   STATEVILLE

G. Lt Kirk
   ~~scribbled~~ ~~scribbled~~
   ~~scribbled~~ OFFICER Lt. stateville
   STATEVILLE

(3)

IV. STATEMENT OF CLAIM: ①

* **FAILURE TO PROTECT** / **Denial of Medical care**

ON the 14th of May 2013 I was assigned to F-house as a Barber, F-house is a high aggression housing unit. F-house inmates are staff assault inmates, weapon violators, sex offenders etc. You also have the segregation unit as well as administrative detention. All seg & administrative detention inmates are to be cuffed in restraints for the reasonable safety of staff & inmates. F-house is a high security area. Inmate Howard was in restraints and was un-cuffed — which was a breach and also a serious safety risk, inmates are placed under A/D status by the admin or I/A usually for serious reasons that pose a immediate threat to staff & inmates. Inmate HOWARD after he left I/A office was lead back to F-house in restraints at this time he was under administrative detention. While he was waiting in the holding cells outside of F-house front door, he was loudly complaining to Major McGarvey about why he shouldn't be in A/D and he don't want nobody (cell-house help) touching his property. Major McGarvey then un-cuffed a HOWARD who was A/D status creating substantial risk to staff & inmates. Inmate Howard should of been taken directly to seg & cell-house were suppose to move all personal property. All seg & A/D inmates waiting around without restraints pose a heightened risk to staff & inmate safety.



IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 14 2013 INMATE P. HOWARD WAS assigned to administrative detention A/D, inmates according to the Ill admin rules & regulations are to be immediately handcuffed and taken to their A/D cell, this is for the protection of staff & inmates due to the nature of inmates placed in A/D status, everything from dangerous disturbers, staff assaults, criminal & gang as well as weapon violations. ON this particular day Major J. McGarvey authorized for inmate Howard — who was previously cuffed — to be uncuffed so that he could pack & move his property to 1 gallery seg/AD cells, a clear violation of IDOC rules & regulations and a potential security risk for staff & inmates. Lt Kirt was the Lt of F-house for that day & SGT NASH was acting SGT for that day, I (FAIR) was the F-house BARBER, I was told by staff to assist w/ one of inmate HOWARDS bags. When I set his bag in front of cell 121, inmate HOWARD was standing there next to his other property, there was no security around, I set the bag down & HOWARD started swinging at my head after he landed several blows, I restrained him until staff came about 1 minute later C/O Medina grabbed inmate HOWARD & C/O BROOKS grabbed me, we both were then hand cuffed. We were both placed in (1 each) F-house 1 gallery showers. Also I heard the staff asking each other "who uncuffed Howard" someone said "it was the Majors call, I had swelling on the left —

Revised 9/2007

(3) side of my face my knees were bleeding, and my shoulder (LEFT) was hurt, because C/O Medino tackled inmate off my left side & bumped my left shoulder area. * Uncuffing a inmate already cuffed and in A/D status who was loud and aggressive and who warned Major McGarvey that the devil won't cell-mate help touching his property, was a major breach of duty, when inmate exhibited risk of injury to staff & cell-mate help. And the lack of security to supervise Inmate Howards move was a failure to appropriate steps to protect cell-mate help from known danger presented by a A/D status inmate. NO Inmate in Seg or A/D are allowed to walk out their cell without restraints - Never at no time, the rules state that Seg & A/D inmates must be cuffed prior to their door even being opened. / Claim 2* Denied medical

Denial of medical care → While in the shower, and still cuffed Major McGarvey came to the shower and asked if I was Kool, I said that my head hurt & my shoulder was hurt & I asked to see a med tech for that & for some bandaids for my knees, Major McGarvey said that I was lucky that I wasn't going to seg today, and that we'll keep this (In House) no seg, ticket or incident report, I was then uncuffed by C/O Leonard and the med tech was never called. I had staff call B. Mattison my Barber Supervisor to ask if I could come to Barbershop (His office) to explain what happened & to set up medical appointment -

(4) ~~scribbled out~~

~~scribbled out~~ B. Mattison told staff that "no I couldn't come to his office". I also wrote B. Mattison that night explaining what happened and asking that he schedule me for health care, I never got a response. I went to work F-house the next day May 15 2013 and Lt Kirk called me to his office & told me to go back to my housing unit. I was told that I was given a few days off, the next day I was told that I was fired. Counselor McLee claimed that I was re-assigned but there 3# Barber positions available to work that I could of been reassigned to that wouldn't of involved B. Mattison - I was fired. * For the next 2# weeks I spoke to nurses several time a day because of the severe headaches, I was regurgitating food & I had a sensitivity to light my left shoulder was in constant pain, Nurse Wendy, Heather, ~~Kathie~~ KATHIE & Katerine, I was told to drop a request slip and ~~that~~ Medical Director OBAiSi implemented a new system no exceptions. Dr Williams treated me about 2 weeks later she documented the swelling on the left side of my face & the symptoms that I was experiencing & also the abrasions on my ~~knees~~ knees, she also scheduled me for a X ray on my head. DR. OBAiSi never did a follow up, I had to re-submit request etc and it took another couple of months before I saw him, he basically said that I was fine, he & DR Martija prescribed pain medication & ordered X-Rays of left shoulder

⑤

But their treatment was limited if none-existent. My rotator cuff is still injured, I have constant pain, limited range of motion & decreased strength. My head injury was never tested for concussion, but all my symptoms point to exactly that, the headaches have subsided but I still experience blurred vision & dizziness from time to time. Most recently, in Jan & Aug 2015 I was taken off my pain medication & my low bunk permit was not renewed – it was issued after I had surgery on my right shoulder in 2011, but being forced to climb on the top bunk w/no ladder to assist me, I'm forced to hoist my shoulder just to climb in & out my bunk, I have a large prostate so I urinate 6–8 times a night, so I'm constantly hurting my shoulder (left).

Finally, according to 20 Ill admin code 504

\* 504.660 Administrative Detention
Administrative Detention is a non-disciplinary status of confinement which removes an offender from General population or restricts the individuals access to general population

\* Reasons for Admin Detention to consider
1) Seriousness of offense
2) Safety & security of facility, staff, or any person

\* 504.610 Placement in Segregation Status
1) Offenders may be placed in seg. or confinement / reasons include:
1. Temporary confinement awaiting hearing
2. Investigative status
3. Disciplinary segregation
4. Administrative Detention

\* Mr. HOWARD, was placed in cuffs & placed in A/D status by Internal affairs at about 10:30 AM May 14 2013, major McGarvey uncuffed him at about 12:00 PM May 14 2013

| Healthcare personnel | F-house Staff |
|---|---|
| DR S. OBAISI | Major McGarvey |
| DR MARTIJA | Lt Hirt |
| Nurse Heather | SGT NASH |
| Mary | C/O MEDINE |
| Kathie | C/O LAZARD |
| Katherine | C/O BROOKS |
| Wendy | C/O JUROWICH |
When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audits Office (please include a stamped, self-addressed envelope).

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER WRITE-OUT
*Stateville Correctional Center*

*To the reader:* This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.

*Please include the offender's name and complete number on all correspondence, funds and publications that are mailed to the facility*

To _____ From _____

Street _____ Number _____

City _____ State _____ Zip Code _____

_____

STA 0050 (Rev. 12/03)

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensated for lost pay, pain & suffering
Cumulative & punitive damages, court cost

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF WILL       )

## AFFIDAVIT

I, Don Lippert being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

(1.) That on May 14, 2013, I was housed in F House on 2 Gallery.

(2.) On May 14, 2013, I had seen inmate Howards moving his personal property from 3 Gallery to 1 Gallery at cell F121.

(3.) I then noticed and heard inmate Fair a F House Barber being told by security to help move inmate Howards property to cell F121 and saw inmate Fair carring a bag to cell 121.

(4.) While inmate Fair had got to cell F121 to drop off inmate Howards property I then saw inmate Howards without any observational reason started attacking inmate Fair, where I then saw F House guards C/O Medine who tackled inmate Howard to the ground and C/O Brooks who had grabbed inmate Fair and moved him away to be cuffed up.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-17-15

/s/ Don Lippert
NAME: Don Lippert
IDOC#: B-74050
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF _____  )

## AFFIDAVIT

I, Larmott Dantzler being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

ON MAY 14 2013 I WAS HOUSED IN F-HOUSE 454 & I WITNESS TWO C/O'S HAND CUFF INMATE FAIR & ANOTHER INMATE. I DON'T KNOW the other Guy NAME.

END

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-19-15

/s/ _____
NAME: Larmott Dantzler
IDOC#: R24578
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF _____  )

## AFFIDAVIT

I, ANTOINE WAINWRIGHT being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

ON MAY 14, 2013 I WAS STANDING AT MY CELL door TALKING TO MY NEXT door NEIGHBOR ABOUT THE INMATE HOWARD MOVING FROM 308 TO SEGREGATION WITH NO HAND CUFFS ON, BECAUSE I NEVER SEEN ANYONE MOVE TO SEGREGATION WithOUT BEING HAND CUFFED. AS he WAS MOVING TO SEG., I NOTICE THE 7-House BARBER (7AIRS) HELPING HIM MOVE his PROPERTY down to SEG. WHEN THE 7-House BARBER PUT INMATE HOWARD PROPERTY DOWN IN front of CELL 121, INMATE HOWARD CAME UP behind THE 7-House BARBER AND JUST STARTED SWINGING ON HIM, Hitting him IN THE HEAD AND FACE. THE 7-House STAFF RAN OVER THERE TO SEPERATE THEM, WHEN C/O MEDINE GRABBED INMATE HOWARD, HE BUMPED INTO THE 7-House BARBER left Shoulder. They WERE BOTH HAND CUFFED AND TAKING TO A Holding AREA.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12/21/15

/s/ Antoine Wainwright
NAME: ANTOINE WAINWRIGHT
IDOC#: N20490
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF _____ )

## AFFIDAVIT

I, John Murray, being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

I JOHN MURRAY (#N84899) Promise to speak the Truth and nothing but the "Truth". That I was back here in the Month of May/14/13 and I seen a inmate Moving his property from 3-gallery to Cell #121 and I saw the Cell House Barber Carry a bag of the same inmate (Howard) property to Cell #121. I also saw (Howard) swing and hit the Barber (Fair) for no apparent reason. Then I seen the F-house staff run to seperate (Fair) and (Howard) C/O (Medina) hand Cuffed (Howard) - Who was unCuffed and C/O (Brooks) Cuffed (Fair) Then later I saw both (Howard) and (Fair) unCuffed and when Howard Finally Moved into Cell #121 he attacked the guy in that Cell and he wasn't hand Cuffed at all" when he should have been". Once again I will speak the Truth to this Matter.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-21-15

/s/ John Murray
NAME: John Murray
IDOC#: N-84899
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434